Benedict P. Morelli
**MORELLI RATNER PC**
950 Third Avenue
New York, NY 10022
Tel: (212) 751-9800

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

=========================================X

**PETER BELL,**

                          Docket No.: 06-5664

           Plaintiff,

   -against-                      **STIPULATION OF VOLUNTARY**
                                              **DISMISSAL**
                                              **WITH PREJUDICE**

**PFIZER INC.,**

           Defendant.

=========================================X

IT IS HEREBY STIPULATED and agreed by the undersigned counsel that all Bextra claims of Plaintiff, Peter Bell, against Defendant, Pfizer, Inc. and all other named defendants be voluntarily discontinued in their entirety with prejudice, each party to bear its own costs.

_____
Benedict P. Morelli
**Morelli Ratner PC**

Dated: 6/9/09

_[signature]_

**DLA Piper**

Dated: August 4, 2009

PERSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ODERED.

Date: August 5, 2009

_[signature]_

The Hon. Charles R. Breyer
**United States District Court, Northern District of California**